OPINION — AG — IT IS MANDATORY THAT A MOTOR VEHICLE LIABILITY INSURANCE POLICY ISSUED ON A MOTORCYCLE REGISTERED IN THE STATE OF OKLAHOMA PROVIDE GUEST PASSANGER PERSONAL INSURANCE COVERAGE. CITE: 47 O.S. 1976 Supp. 7-601 [47-7-601], 47 O.S. 1971 7-101 [47-7-101], 47 O.S. 1971 7-204 [47-7-204], 47 O.S. 1971 1-134 [47-1-134], 47 O.S. 1971 1-135 [47-1-135], 47 O.S. 1971 324 [47-324], 47 O.S. 1971 7-324(E) [47-7-324], 47 O.S. 1971 521 [47-521] [47-521](E) (WILLIAM DON KISER)